E-Filing

1    PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2    Name ___Jones, Jr.,_____Luther_____    FILED

       (Last)         (First)      (Initial)

3

    Prisoner Number ___P-00148_____

4

    Institutional Address ___California Medical Facility (CMF)___

5    ___POB 2500.,___Vacaville, CA 95696-2500___
    RICHARD W. WIEKING
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

6    ================================================

    UNITED STATES DISTRICT COURT
7    NORTHERN DISTRICT OF CALIFORNIA

8    ___LUTHER JONES, JR.,_____     )
    (Enter the full name of plaintiff in this action.)   )
9                          )    C 07. 4926   JW
          vs.            )    Case No.
10   ___SUE HUBBARD_____     )    (To be provided by the clerk of court)
                      )
11   _____     )    PETITION FOR A WRIT
                      )    OF HABEAS CORPUS
12   _____     )
                      )    (PR)
13   _____     )
                      )
14   _____     )
    (Enter the full name of respondent(s) or jailor in this action) )

15

16             __Read Comments Carefully Before Filling In__

17   __When and Where to File__

18          You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS      - 1 -

1  <u>Who to Name as Respondent</u>

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  <u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11      1. What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13              County Superior Court, Oakland):

14          Main Courthouse        County of Lake

15          Court               Location

16          (b)    Case number, if known _#CR-4560_____

17          (c)    Date and terms of sentence ___June 1998_____

18          (d)    Are you now in custody serving this term? (Custody means being in jail, on

19              parole or probation, etc.)      Yes _X___    No _____

20              Where?

21          Name of Institution: California Medical Facility

22          Address: POB 2000., Vacaville, CA 95696-2000

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  PC 288(a); PC 289(a);  PC 136.1

27  Lewd Act W/ Child., Foreign Object Penetration

28  Dissuading Witness From Testimony

PET. FOR WRIT OF HAB. CORPUS     - 2 -

3. Did you have any of the following?

    Arraignment:                     Yes __X__       No _____

    Preliminary Hearing:        Yes __X__       No _____

    Motion to Suppress:         Yes __X__       No _____

4. How did you plead?

    Guilty _____    Not Guilty __X__    Nolo Contendere _____

    Any other plea (specify) ____N/A_____

5. If you went to trial, what kind of trial did you have?

    Jury __X__    Judge alone_____    Judge alone on a transcript _____

6. Did you testify at your trial?        Yes __X__       No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment           Yes __X__       No _____

    (b)    Preliminary hearing     Yes __X__       No _____

    (c)    Time of plea           Yes __X__       No _____

    (d)    Trial                 Yes __X__       No _____

    (e)    Sentencing            Yes __X__       No _____

    (f)    Appeal               Yes __X__       No _____

    (g)    Other post-conviction proceeding    Yes __X__       No _____

8. Did you appeal your conviction?        Yes __X__       No _____

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal          Yes __X__       No _____

        Year: ___1999___    Result:___denied_____

        Supreme Court of California    Yes __X__       No _____

        Year: _1999-2000_  Result:___denied_____

        Any other court          Yes _____       No __X__

        Year: _N/A_      Result:__N/A_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS      - 3 -

petition?                                    Yes _____    No __x__

(c)    Was there an opinion?              Yes __x__    No_____

(d)    Did you seek permission to file a late appeal under Rule 31(a)?

                                         Yes _____    No__x__

If you did, give the name of the court and the result:

N/A _____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

this conviction in any court, state or federal?      Yes __x__    No_____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that

challenged the same conviction you are challenging now and if that petition was denied or dismissed

with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

for an order authorizing the district court to consider this petition. You may not file a second or

subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

U.S.C. §§ 2244(b).]

(a)    If you sought relief in any proceeding other than an appeal, answer the following

questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court: __State Superior Court_____

Type of Proceeding: __habeas corpus (See Ex#A)...__

Grounds raised (Be brief but specific):

a. __Illegal Sentencing (CUNNINGHAM COURT)__

b._____

c._____

d._____

Result: __denied_____Date of Result: 3/12/07

II.    Name of Court: __State Appeals Court_____

Type of Proceeding: __habeas corpus (See Ex#A)...__

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

a. Illegal Sentencing (CUNNINGHAM COURT)

b. (See Ex#B)...

c.

d.

Result: denied                    Date of Result: 3/29/07

III.    Name of Court: State Supreme Court

Type of Proceeding: habeas corpus (See Ex#A)...

Grounds raised (Be brief but specific):

a. Illegal Sentencing (CUNNINGHAM COURT)

b. (See Ex#B)...

c.

d.

Result: denied                    Date of Result: 8/22/07

IV.    Name of Court: N/A

Type of Proceeding: N/A

Grounds raised (Be brief but specific):

a. N/A

b.

c.

d.

Result: N/A                    Date of Result: N/A

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes____    No  X

Name and location of court: N/A

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1    need more space. Answer the same questions for each claim.

2        [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3    petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4    499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5        Claim One: _Illegal Sentencing_____

6

7    Supporting Facts: _See Attached Papers..._____

8

9

10

11    Claim Two: _N/A_____

12

13    Supporting Facts: _N/A_____

14

15

16

17    Claim Three: _N/A_____

18

19    Supporting Facts: _N/A_____

20

21

22

23        If any of these grounds was not previously presented to any other court, state briefly which

24    grounds were not presented and why:

25    _N/A_____

26

27

28

PET. FOR WRIT OF HAB. CORPUS      - 6 -

CLAIM#1 (ILLEGAL SENTENCING)...

Pursuant to Evidence Code 201 ("federal"), judicial notice is requested of the attached (EX#A) where petitioner exhausted his state remedies in all 3-state courts (i.e. superior, appellate, supreme) and was denied relief.

Judicial notice is also requested of (EX#B) showing Abstract of Judgement reflecting a conviction and sentence to 8-years upper term for 2-counts of PC 288(a) lewd acts with child; PC 288 reflecting 3-years upper term 1-count for lewd act; 8-years upper term for 1-count of PC 289(a) foreign object penetration; and 1-year upper term for 1-count of PC 136.1 dissuading victim by threat for a total term of 27 years. (PC) denotes Penal Code citation.

Petitioner contends that he is entitled to relief under the recent ruling of U.S. Supreme Courts (CUNNINGHAM COURT) due to an illegal and unconstitutional sentence he received by the Judge when he imposed the upper term enhancement above the statutory maximum of sentence. The low & middle term for PC 288(a) is 3 or 6 years; the low and middle term for PC 289(a) is 3 or 6 years; the low and middle term for PC 288 is 1.4 or 2 years and the low and middle term for PC 136.1 is less than 1 year.

Petitioner had a constitutional right under the 6th & 14th Amendment for the jury to make the factual finding for any enhancement above the statutory maximum which is the middle term in California. After the jury rendered its verdict for the conviction of the above listed offenses, the judge discharged the jury from the case without the jury making any determination of the facts for an enhancement above the statutory maximum sentence. The judge on his own based on the California Rules of Court and a Probation Report sentenced petitioner to the upper term on an enhancement above the statutory maximum which was the middle term in violation of the 6th & 14th Amendments of the Constitution.

6(a)

In 1977, California enacted SB#42 called the (DSL) Determinate Sentence Law which established a 3-tier system of low, middle, upper term for sentencing. However, for 30-years California has never allowd a jury to make a factual determination for the upper term as an enhancement because the State always interpreted the law as the jury only making a guilty finding and the judge then sentences the defendant to a low, middle, or upper term as pronounced in People v. Black, 35 Cal 4th 1230,, 113 P3d 534 (Cal,2005).

Neverthedess, in 2007 of this year, the U.S. Supreme Court ruled that California's (DSL) 1977 law is unconstitutional and defendants rights were being violated when judges instead of jurys sentenced petitioners to the upper term for enhancement and that the middle term is the statutory maximum. The jury never made such findings on petitioner for enhancement to upper term as an enhancement, and as the attached ("exhibit") (i.e. Abstract of Judgement and Prison Legal Unit Affairs Letter) shows petitioner having an illegal and unconstitutional sentence.

Petitioner move the court to remand him for resentencing and modifying the sentence upper term enhancement judgement which reflects 27-years as a sentence to now feflect the statutory maximum of 20-years or statutory minimum of 10.4 years. A further request is being made for appointment of Counsel in the interest of justice along with an Evidentiary Hearing due to the State Courts below refusing to appoint counsel and order an evidentiary hearing.

Petitioner is entitled to the ("retroactivity") of the courts rulings as pronounced in, Schiriro v. Summerlan, 542 US 348, 358 (2004) and Bocting v. Bayer, 399 F3d 1010, 1023 (9th Cir,2005).

///

///

6(b)

1       List, by name and citation only, any cases that you think are close factually to yours so that they

2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3   of these cases:

4   Cunningham v. California, 127 SCt 856, 858-865 (2007)

5   Blakely v. Washington, 542 US 296, 298-305 (2004)

6   Apprendi v. New Jersey, 530 US 466, 468-471 (2000)

7   Do you have an attorney for this petition?        Yes_____    No__X__

8   If you do, give the name and address of your attorney:

9          N/A

10      WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on ___9/1/2007_____                    _____

14              Date                      Signature of Petitioner

15                                        (x) LUTHER JONES, JR.,

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS      - 7 -

I   N   D   E   X

EX#A   State Court ("Orders")...


EX#B   Abstract of Judgement...
       (CDCR) State Prison Legal Letters on Sentencing Discrepency...

//


//


//


//


//



S151672

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re LUTHER JONES, JR., on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

AUG 2 2 2007

Frederick K. Ohlrich Clerk

———————
DEPUTY


GEORGE
———————————
Chief Justice



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FIVE

In re LUTHER JONES on Habeas Corpus.

A117158

Lake County No. CR912076

**FILED**

MAR 2 9 2007

Court of Appeal - First App. Dist.
DIANA HERBERT

By_____
            DEPUTY

BY THE COURT:*

    The petition for writ of habeas corpus is denied.  (See *People v. Amons* (2005) 125 Cal.App.4th 855, 868.)

Date___MAR 2 9 2007___      ___SIMONS. J.___ Acting P.J.

\* Before Simons, Acting P.J., Gemello, J. and Needham, J.



A117158

Luther Jones
CDC:P-00148
CMF   J-240L
P.O. Box 2500
Vacaville, CA 95696-2500

**NOTICE**

*Please include both the appellate case number and the division number on any written communication or filing submitted to this court.*

**\*New rule effective July 1, 2006 for Civil Appeals and Writs**

\*Each party to an appeal must serve and file a Certificate of Interested Entities or Persons at the time it files its first document in this court. Each party must also include a copy of the Certificate of Interested Entities or Persons in its principal brief. The certificate must appear after the cover and before the tables. A party that learns of changed or additional information that must be disclosed must promptly serve and file a Supplemental Certificate of Interested Entities or Persons in this court. (See Cal. Rules of Court, rule 8.208.) Similar requirements apply to writ petitions. (See Cal. Rules of Court, rules 8.490(i), 8.494(c), 8.496(c), 8.498(d).)

**Our website address is**
**http://appellatecases.courtinfo.ca.gov**

pet



adda

FILED
SUPERIOR COURT
COUNTY OF LAKE

MAR 1 2 2007

Mary E. Smith, Clerk

By _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LAKE

LUTHER JONES,                          ) Case No.: CR 912076
                                       )
              Petitioner,              ) ORDER DENYING WRIT
                                       )
ON HABEAS CORPUS                       )
                                       )
                                       )
                                       )
                                       )
                                       )
                                       )
_____ )

    Petitioner filed a "Petition for Writ of Habeas Corpus" on February 13, 2007, and filed an amendment to that Petition on February 21, 2007.  The Petitioner challenges his sentence because it violated the principles set forth in *Apprendi, Blakely,* and *Cunningham.*  Petitioner also alleges ineffective assistance of council.  Petitioner appealed his case, and his sentence was affirmed in 1999.

    The Petition is DENIED because the decisions in *Blakely and Cunningham* are not retroactive to cases that are already final.  As

-1-

1  to the issue of ineffective assistance of council, that issue has

2  already been raised and decided on appeal and through Federal Habeas

3  proceedings.

4  Dated:  March 12, 2007

Hon. Arthur H. Mann

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the County of Lake. I am over the age of 18 years and not a party to, or interested in, the within entitled action. My business address is 255 North Forbes Street, Lakeport, CA 95453.

On March 12, 2007, I served a true and correct copy of the following:

**Order**
**(Re: Luther Jones – Case No. CR912076)**

On the parties/counsel in the said action, as follows:

Luther Jones, Jr.
CDC #P00148
Calif. Medical Facility (J-217L)
PO Box 2000
Vacaville, CA 95696-2000

___X___     **U.S. Postal Service:** By placing such envelope(s) with postage thereon fully prepaid in the designated area for out-going mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the city of Lakeport, California 95453

_____     **Courthouse Mailbox**

_____     **Via Facsimile**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

DATED: March 12, 2007

_____
Yolanda Rosas
Judicial Assistant

H:\CURPRSVC.DOC



ABSTRAC .F JUDGMENT – PRISON COMMITMEN1 ʟETERMINATE

*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

| ☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF LAKE | | |
|---|---|---|
| ☐ MUNICIPAL    BRANCH OR JUDICIAL DISTRICT | | |

**F I L E D**
**SUPERIOR COURT**
**COUNTY OF LAKE**

·JUN 2 4 2004

INMATE'S COPY    William E. Jaynes, Clerk
Dianna Hendrick

By **Deputy Clerk**

PEOPLE OF THE STATE OF CALIFORNIA vs.    DOB: 05-25-~~36~~ 45
DEFENDANT: LUTHER E. JONES JR..
AKA:
CII#: M01906883
BOOKING #: 19743    ☐ NOT PRESENT

CR4560    -A
-B
-D

| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | 1ST | ☒ AMENDED ABSTRACT |
|---|---|---|

| DATE OF HEARING 06-12-98 | DEPT. NO. TBA | JUDGE ARTHUR H. MANN |
|---|---|---|
| CLERK E. KEISER | REPORTER K. WEHINGER | PROBATION NO. OR PROBATION OFFICER J. BOSWORTH |
| COUNSEL FOR PEOPLE A. BERNHARD | | COUNSEL FOR DEFENDANT K. EVANS    ☒ APPT'D. |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COUNT | PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 288(a) | L&L ACTS W/CHILD UNDER 14 YRS | 1996 | 04-08-98 | X | | | U | | | | | | | 8 | 0 |
| 3 | PC | 288(a) | L&L ACTS W/CHILD UNDER 14 | 1996 | 04-08-98 | X | | | U | | | | X | | | 8 | 0 |
| 4 | PC | 289(a) | PENTR W/FOREIGN OBJECT | 1996 | 04-08-98 | X | | | U | | | | X | | | 8 | 0 |
| 5 | PC | 288.2(a) | HARMF MATR SENT:SDUCE MNR | 1996 | 04-08-98 | X | | | U | | | | | | X | | |
| 2 | PC | 288(a) | L&L ACTS W/CHILD UNDER 14 | 1996 | 04-08-98 | X | | | U | | X | | | | | 2 | 0 |
| 6 | PC | 136.1(c)(2) | DISSAUDE VICTIM BY THREAT | 1996 | 04-08-98 | X | | | U | | X | | | | | 1 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. ☐ TOTAL TIME ON ATTACHED PAGES:

7. ☐ Additional indeterminate term (see CR-292).

8. ☐ TOTAL TIME:    27    0

ʜis form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.
*(Continued on reverse)*

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Form Adopted by the
Judicial Council of California
R-290 (Rev. January 1, 1999)

Penal Code
§§ 1213, 1213.5

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **LUTHER E. JONES JR.**

| CR4560 | -A | | -B | | -C | | -D |
|---|---|---|---|---|---|---|---|

**FINANCIAL OBLIGATIONS** (including any applicable penalty assessments):

a. ☐ RESTITUTION FINE of: $5000 per PC 1202.4(b) forthwith per PC 2085.5.
b. ☐ RESTITUTION FINE of: $5000 per PC 1202.45 suspended unless parole is revoked.
c. ☐ RESTITUTION of: $_____ per PC 1202.4(f) to    ☐ victim(s)*    ☐ Restitution Fund
   (*List victim name(s) if known and amount breakdown in item 11, below.)
   (1) ☐ Amount to be determined.
   (2) ☐ Interest rate of: __% (not to exceed 10% per PC 1202.4(f)(3)(F)).
d. ☐ LAB FEE of: $_____ plus penalty assessment of $_____ per H&SC 11372.5(a).
e. ☐ DRUG PROGRAM FEE of $_____ plus penalty assessment of $_____ per H&SC 11372.7(a).
f. ☐ FINE of $___ per PC 1202.5.

**INMATE'S COPY**

0. **TESTING**
   a. ☒ AIDS pursuant to    ☒ PC 1202.1    ☐ other (specify):
   b. ☐ DNA pursuant to    ☐ PC 290.2    ☐ other (specify):

1. **Other orders** (specify):
ourt directs defendant participate in a counseling or education program having a substance abuse component while imprisoned per 1203.096 PC.

ursuant to PC1202.05, all visitation between the defendant and La'esha Cooper is prohibited.

he defendant shall register pursuant to PC290

or misdemeanor violation of PC242, count 7, the defendant is to serve 180 days jail concurrent to prison sentence and may be served in any penal institution.

2. **Execution of sentence imposed**
   a. ☒ at initial sentencing hearing.
   b. ☐ at resentencing per decision on appeal.
   c. ☐ after revocation of probation.
   d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
   e. ☐ other (specify):

3. **CREDIT FOR TIME SERVED**

| CASE NUMBER | | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|---|
| CR4560 | -A | 271 | 236 | 35 | ☐ 4019 ☒ 2933.1 |
| | -B | | | | ☐ 4019 ☐ 2933.1 |
| | -C | | | | ☐ 4019 ☐ 2933.1 |
| | -D | | | | ☐ 4019 ☐ 2933.1 |

| DATE SENTENCE PRONOUNCED | SERVED TIME IN STATE INSTITUTION | | | |
|---|---|---|---|---|
| 06-12-98 | ☐ DMH | ☐ CDC | ☐ CRC | |

4. The defendant is remanded to the custody of the sheriff   ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.

To be delivered to   ☐ the reception center designated by the director of the California Department of Corrections.
   ☒ other (specify). San Quentin

**CLERK OF THE COURT**

hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| *Dianne Hendrick* | 6/24/2004 |

R-290 (Rev. January 1, 1999)    ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE    Page two

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                    GRAY DAVIS, Governor

**DEPARTMENT OF CORRECTIONS**
P.O. Box 942883
Sacramento, CA 94283-0001



August 18, 2000

Mr. Luther Jones
P-00148
California State Prison, Los Angeles County
44750 60th Street, West
Lancaster, CA 93536-7620

Dear Mr. Jones:

Your recent letter addressed to the Department of Corrections' Legal Processing Unit (LPU) has been referred to me for reply.

It is the responsibility of LPU to bring to the attention of the court any irregularity in sentencing and/or recording of a sentence.

A letter dated September 22, 1999 and a second request letter dated November 24, 1999 was forwarded to the court informing them of a possible discrepancy in your case. We requested the court to please review their file for a possible correction as noted in our letter.

We have not received a response from the court. The LPU policy dictates that when we do not receive a response from the court within 60 days of our first letter a second request letter is generated. If we do not receive a response within 45 days after the second request letter is sent, we forward the matter to the Office of the District Attorney for review and appropriate action. Our file in the case is then deemed closed.

Any amended legal documents received in LPU are forwarded to the appropriate Case Records Office for action and inclusion into the Central File.

You are free to pursue this matter through the judicial process.

Any further questions you have regarding your case may be directed to your institution's Case Records Office.

Sincerely,

KATHY MOORE
Correctional Case Records Manager
Legal Processing Unit

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                    GRAY DAVIS, *Governor*

**DEPARTMENT OF CORRECTIONS**
**Legal Processing Unit**
**P.O. Box 942883**
**Sacramento, CA 94283-0001**
**(916) 327-6386**

January 24, 2000

Office of the District Attorney
County of Lake
255 North Forbes Street
Lakeport, CA 95453

Re: **JONES**, Luther
CDC No.: P-00148
Case No.: CR4560
Date of Sentence: June 12, 1998

Dear District Attorney:

A review of the documents in the above case revealed an error in the sentence imposed or a discrepancy in the legal documents. On September 22 and November 24, 1999 a letter was sent to the Court describing the problem (see letter attached).

As of this date we have not received a response.

In view of the above, this case is being referred for your review and any action you deem necessary pursuant to instructions from the Attorney General's Office (see letter from Attorney General's Office to the California Department of Corrections dated January 28, 1987). Please advise us of any action taken. If this case is under appellate review, please forward a copy of this letter to the appellate attorney.

Sincerely,

KATHY MOORE
Correctional Case Records Manager

By:    BETH SCOTT
       Correctional Case Records Analyst

Enclosure                          8-1-00

cc:    Inmate
       Central File                **INMATE'S COPY**
                                   B4

DEPARTMENT OF CORRECTIONS
Legal Processing Unit
P.O. Box 942883
Sacramento, CA  94283-0001
(916) 327-6386

September 22, 1999

Honorable Arthur H. Mann
Judge of the Superior Court
County of Lake
255 North Forbes Street
Lakeport, CA  95453

Re:  JONES, Luther
CDC No.:  P-00148
Case No.:  CR 4560
Date of Sentence:  June 12, 1998

_SECOND REQUEST_

We have not received an answer to our first letter. In order to process the inmate's documents and the court's commitment package, we would appreciate a response by the Court as early as possible. Thank you.

11-24-99   BSC
Date        Corr. Case Records Specialist

Dear Judge Mann:

A review of the documents delivered with the above-named inmate indicates the Abstract of Judgment may be in error, or incomplete, for the following reasons:

The Abstract reflects Count 3 and 4 as the upper term of 8 years imposed one-third consecutive. The Reporter's Transcript indicates these counts as full term consecutive pursuant to PC 667.6(d), which corresponds with the terms imposed. Therefore, we are recording Count 3 and 4 as such.

Additionally, the Abstract reflects Count 6 as PC 136.1(c)(2) Dissuade Victim by Threat/Force, middle term of 1-year imposed one-third; however, pursuant to PC 1170.15 ". . . each consecutive offense which is a felony . . .shall consist of 100 percent of the middle term . . . ." Please clarify.

Please review your file to determine if a correction is required. When notified by the Department of Corrections that an illegal sentence exists, the trial court is entitled to reconsider all sentencing choices, **People v Hill, 185 Cal. App. 3d 831**. We would appreciate your providing a **certified copy of any Minute Order or modified Abstract of Judgment** to this Department. May we also request the attached copy of this letter be returned with your response. If this case is under appellate review, please forward a copy of this letter to the appellate attorney.

Sincerely,

KATHY MOORE
Correctional Case Records Manager

By:  BETH SCOTT
Correctional Case Records Analyst

cc:  District Attorney
     PD/DC
     Inmate
     Central File

S     E     R     V     I     C     E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUTHER JONES, JR.,                    )    CASE No.
                                      )
              Petitioner              )    PROOF OF SERVICE
                                      )
         v.                           )
                                      )
SUE HUBBARD                           )
              Respondent _____)

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On __September 1,_____, __2007__, I served a copy of HABEAS CORPUS PETITION _____ by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

Clerk of the Court                 Office of Attorney General

U.S. District Court                State of California

450 Golden Gate Avenue             455 Golden Gate Avenue

San Francisco, CA 94102            San Francisco, CA 94102

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: __9/1/2007_____      _____
                                 Declarant's signature

__LUTHER JONES, JR.,_____
Declarant's printed name

USDC-PROOF-3