**FILED**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LUTHER JONES, JR.          Plaintiff,

vs.

SUE HUBBARD               Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, LUTHER JONES, JR. _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ∅ _____ Net: ∅ _____

Employer: N/A _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment                              Yes ____ No _X_

b. Income from stocks, bonds, or royalties?                              Yes ____ No _X_

c. Rent payments?                                                        Yes ____ No _X_

d. Pensions, annuities, or life insurance payments?                      Yes ____ No _X_

e. Federal or State welfare payments, Social Security or other government source?   Yes ____ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married?                                                      Yes ____ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____0_____   Net $_____0_____

4.  a.  List amount you contribute to your spouse's support: $ ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ____ No __X__

Estimated Market Value: $_____Ø_____ Amount of Mortgage: $_____Ø_____

6.    Do you own an automobile?    Yes ____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No __X__ If so, Total due: $_____Ø_____

Monthly Payment: $ _____Ø_____

7.    Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No __X__ Amount: $ _____Ø_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No __X__

_____

8.    What are your monthly expenses?

Rent: $ _____Ø_____ Utilities: _____Ø_____

Food: $ _____Ø_____ Clothing: _____Ø_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Ø | $ Ø | $ Ø |
| Ø | $ Ø | $ Ø |
| Ø | $ Ø | $ Ø |

9.    Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do **not** include account numbers.)
3  _____N/A_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  _9-1-07_____            _Luther Jones, Jr. - P00148_
17      DATE                       SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **LUTHER JONES** for the last six months at

[prisoner name]

**CMF** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **14.01** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **12.25**.

Dated: **9-12-07**         _____M. Soares_____
                          [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 09/12/07
                                                                           PAGE NO:           1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   CALIFORNIA MEDICAL FACILITY
                                  INMATE TRUST ACCOUNTING SYSTEM
                                   INMATE TRUST ACCOUNT STATEMENT

                            FOR THE PERIOD: MAR. 12, 2007 THRU SEP. 12, 2007

                                                BED/CELL NUMBER: MIJ300000000326L
ACCOUNT NUMBER : P00148                         ACCOUNT TYPE: I
ACCOUNT NAME   : JONES, LUTHER E
PRIVILEGE GROUP: A              TRUST ACCOUNT ACTIVITY

        TRAN                                                                             BALANCE
DATE    CODE   DESCRIPTION     COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS
-----   ----   -----------     -------       ---------   --------    -----------         -------
                                                                                           16.50
03/12/2007     BEGINNING BALANCE
03/15  W214  FEDERAL FILIN   2721/FFF                                    3.30              13.20
03/15  FC02  DRAW-FAC 2      2719/CMF#2                                 13.20               0.00
05/02  D554  INMATE PAYROL   3191LMAR15       14.30                                         14.30
05/02  D554  INMATE PAYROL   3191/APR41       16.50                                         30.80
05/03  W536  COPAY CHARGE    3223041907                                  5.00               25.80
05/04  W214  FEDERAL FILIN   3231/FFF                                    2.86               22.94
05/04  W214  FEDERAL FILIN   3231/FFF                                    3.30               19.64
05/08  W515  COPY CHARGE     3260/COPY                                   0.25               19.39
05/08  W515  COPY CHARGE     3260/COPY                                   3.00               16.39
05/16  FC02  DRAW-FAC 2      3360/CMF#2                                 16.39                0.00
06/04  D554  INMATE PAYROL   3521/MAY41       15.57                                         15.57
06/07  FC01  DRAW-FAC 1      3583/CMF#1                                 15.57                0.00
07/05  D554  INMATE PAYROL   30/JUNE112       14.80                                         14.80
07/06  W214  FEDERAL FILIN   57/FFF                                      2.96               11.84
07/12  FC02  DRAW-FAC 2      0122/CMF#2                                 11.84                0.00
08/02  D554  INMATE PAYROL   352/JUL49        16.50                                         16.50
08/16  FC02  DRAW-FAC 2      0511/CMF#2                                 12.80                3.70
09/05  D554  INMATE PAYROL   0676/AUG65        6.38                                         10.08

                              TRUST ACCOUNT SUMMARY

                                                                   HOLDS         TRANSACTIONS
   BEGINNING     TOTAL        TOTAL         CURRENT                BALANCE       TO BE POSTED
   BALANCE       DEPOSITS     WITHDRAWALS   BALANCE
   ---------     --------     -----------   -------                -------       ------------
     16.50        84.05         90.47        10.08                   0.00            0.00

                                                                           CURRENT
                                                                          AVAILABLE
                                                                           BALANCE
                                                                          ---------
                                                                             10.08
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 9-12-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE